# BALLON STOLL BADER & NADLER, P.C.

COUNSELLORS AT LAW          FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019-6831
Ph. 212.575.7900
www.ballonstoll.com

March 13, 2019

MARSHALL B. BELLOVIN
(212) 575-7900 ext. 3270
mbellovin@ballonstoll.com

**VIA ECF**

Honorable Paul E. Davidson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

       Re:   **Russell v. Westchester Community College, et al.**
               **Civil Action No. 16-cv-1712 (KMK) (PED)**
               **Our File No. 20927.002**

Dear Magistrate Davidson:

We are substituted counsel for Plaintiff, Dr. Suzan Russell ("Plaintiff" or "Dr. Russell") in the above-referenced case. I am writing to request, upon consent of defense counsel, a revision of the Case Management and Scheduling Order, pursuant to the March 6, 2019 Order [Docket No. 82], as it relates to discovery. We have yet to have a substantive discussion with the client due to her illness. As such, as per the March 6, 2019 Order, a "meet and confer" was held between counsel for the parties and, upon the consent of defense counsel, respectfully propose the following revised discovery schedule:

(1) Responses to all discovery ordered to be produced at the January 8, 2019 discovery conference; all outstanding signed HIPAA requests to be produced; all outstanding responses to discovery requests for production at Plaintiff's first deposition session and Defendants' depositions to be completed by April 15, 2019;

(2) Plaintiff's continued deposition to be held by May 7, 2019;

(3) Plaintiff's expert disclosures, including report(s), production of underlying documents to be served by May 30, 2019;

(4) Defendants' expert disclosures, including report(s), production of underlying documents to be served by June 21, 2019;

(5) Depositions of expert witnesses to be held by July 19, 2019;

Magistrate Paul E. Davidson
March 13, 2019
Page 2

Lastly, we respectfully request, on consent, that the deadline for the conclusion of all discovery be extended to July 19, 2019.

Respectfully submitted,

*s/Marshall Bellovin*
Marshall B. Bellovin (MB 5508)

cc:   Irma Cosgriff, Esq. (via ECF)
      Danielle K. Conn Rosenberg, Esq. (via ECF)