

**George Latimer**
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

> Application to file unredacted letter (Doc. 137) under seal granted. The filing shall be made pursuant to my Rule 5(B), specifically, it shall be filed via ECF with the redacted information highlighted.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>         July 2, 2020

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

   Re: *Suzan Russell v. Westchester Community College, et al.*
     16-cv-1712 (PMH)(PED)
     **Request to File Letter Under Seal**

Dear Judge Halpern:

  This office represents the Westchester Community College, the County of Westchester, Veronica Delcourt and Heather Ostman (hereinafter collectively referred to as "County Defendants") and respectfully requests permission under Your Honor's Rule 5 to file the letter previously filed as Dkt. No. 137 with redactions under seal without redactions.[1] In this case, Plaintiff claims that she was discriminated on the basis of her alleged disability under the ADA and NYSHRL. In an abundance of caution, County Defendants have redacted certain medical information related to Plaintiff.

  If this request is granted, an unredacted copy will be forwarded to Your Honor via email. Should Your Honor's staff have any questions, I can be reached at (914) 995-3577. Thank you.

              Respectfully submitted,
              JOHN M. NONNA
              Westchester County Attorney
              By: _____
              Irma Cosgriff (IC 1620)
              Associate County Attorney

IWC/st

---

[1] A redacted version was filed on July 1, 2020 and includes redactions previously made in this action in other correspondence. Plaintiff's counsel previously agreed to these redactions. The attorney for the provider in Texas has agreed to these redactions.

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601  Telephone: (914)995-2676  Website: westchestergov.com

TO:    COUNSEL VIA ECF

       VIA EMAIL AND REGULAR MAIL
       Shane Bebout, Esq.
       Todd, Barron, Thomason, Hudman & Bebout, P.C.
       3800 E. 42nd St., Ste. 409
       Odessa, TX  79762