

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

August 17, 2020

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *Suzan Russell v. Westchester Community College, et al.*
           16-cv-1712 (PMH)(PED)
           **Request for Extension**

Dear Judge Halpern:

    This office represents the Westchester Community College, the County of Westchester, Veronica Delcourt and Heather Ostman (hereinafter collectively referred to as "County Defendants") and respectfully requests an extension of time to depose Plaintiff, serve Requests for Admissions ("RFA") and Expert(s) Report(s). As of now, Plaintiff's videotaped deposition via zoom has been scheduled for August 20, 2020 and the RFA and Expert(s) Report(s) are due on August 27, 2020[1].

    This request is made due to personal reasons as one of my children is 9 months pregnant and I will have to go out of town for at least a week anytime between now and the first week of September and cannot plan the dates. Therefore, I respectfully request an extension until September 30, 2020 to depose

---

[1] On July 24, 2020, County Defendants received the Texas provider's response to the So Ordered Subpoena Duces Tecum. On or about July 30, 2020, we received seven corrected/additional HIPAAs from Plaintiff's counsel which were sent to the providers on August 4, 2020 and are still outstanding. In addition, County Defendants may seek permission from the Texas Court to serve the Texas provider with written Interrogatories and the parties are attempting to resolve any remaining HIPAA issues. Should the Court grant this request and if the remaining medical records are not received in time and/or the issues regarding the medical records are not resolved, County Defendants will request permission to amend the RFA and Report(s), if necessary. The possibility that the medical records may not be received prior to the Plaintiff's deposition was discussed with Magistrate Judge Paul E. Davison last month and at that time, Plaintiff's counsel had no objection to any such request. A telephone conference is scheduled with Judge Davison on September 1, 2020.

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601    Telephone: (914)995-2676    Website: westchestergov.com

Plaintiff and until October 14, 2020 to serve the RFA and Expert(s) Report(s). Plaintiff's counsel consents to this request.

    Should Your Honor's staff have any questions, I can be reached at (914) 995-3577. Thank you.

                                    Respectfully,
                                    JOHN M. NONNA
                                    Westchester County Attorney
                                    By:
                                    Irma Cosgriff (IC 1320)
                                    Associate County Attorney

IWC/st

TO:    COUNSEL VIA ECF