# BALLON STOLL P.C.

COUNSELLORS AT LAW   FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
(212) 575-7900 ext 3270
bellovin@ballonstoll.com

May 20, 2022

> Application denied. All discovery was to be completed by April 29, 2022 and, as noted in the Court's March 21, 2022 Order, no further extensions would be granted. (Doc. 195). The telephone case management conference will proceed as scheduled on June 1, 2022 at 9:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 23, 2022

**VIA ECF**

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **Russell v. Westchester Community College, et al.**
      **Civil Action No. 16-cv-1712 (KMK) (PED)**
      **Our File No.: 20927.002**

Dear Judge Halpern,

We represent the Plaintiff in the above-referenced action. Defendants have not objected to the following request: Plaintiff respectfully requests that the Status Conference currently scheduled for June 1, 2022, before Your Honor, be adjourned until after the parties conclude their discussions regarding Defendants' First Request for Admissions.

Plaintiff is requesting this extension of time because Plaintiff's counsel and defense counsel are in the process of discussing Defendants' objections to Plaintiff's Responses to Defendants' First Requests for Admissions, and need additional time to complete their "Meet and Confer." This is Plaintiff's first request for an extension of time to adjourn the Status Conference.

We thank Your Honor for considering this application.

Respectfully submitted,

_____*s/Marshall Bellovin*_____
Marshall B. Bellovin (MB 5508)

cc:   Irma Cosgriff, Esq. (via ECF)