

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted. The Clerk of Court is respectfully directed to strike the document improperly docketed in this matter at Doc. 227.
>
> SO ORDERED.
>
> _____
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           August 26, 2022

Re:     *Russell v. County of Westchester et al.*
        16 Civ. 1712 (PMH)(PED)
        Permission to Strike Dkt. No. 227

Dear Judge Halpern:

This office mistakenly attached the wrong document to the parties' request to seal.  Therefore, it is respectfully requested that the Court strike Dkt. No, 227 from the docket sheet in this case which was just filed.  I am sorry for any inconcenience.  Should Your Honor's staff have any questions, I can be reached at (914) 995-3577.  Thank you for your consideration.

                    Respectfully,
                    JOHN M. NONNA
                    Westchester County Attorney
                    By:  _s\ Irma Cosgriff_____
                         Irma Cosgriff

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601          Telephone: (914)995-2676          Website: westchestergov.com