USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SUZAN RUSSELL,

                       Plaintiff,

-against-

WESTCHESTER COMMUNITY COLLEGE, THE
COUNTY OF WESTCHESTER, VERONICA
DELCOURT AND HEATHER OSTMAN,
INDIVIDUALLY,

                       Defendants.

------------------------------------------------------------x

16-CV-1712 (PMH)(PED)

**PROPOSED JUDGMENT**

United State Magistrate Judge Paul E. Davison having issued an Order dated June 29, 2022 on Defendants' Motion for Sanctions and having ordered that Defendants, Westchester Community College, the County of Westchester, Veronica Delcourt, and Heather Ostman recover from Plaintiff,§ Suzan Russell $35,393.00 in attorney's fees and $2,034.26 in costs for a total of $37,427.26, it is:

ORDERED, ADJUDGED AND DECREED: That the Defendants have judgment against the Plaintiff in the liquidated amount of $37,427.26, ~~plus pre-judgment interest from June 29, 2022 in the amount of $~~ and post judgment interest in accordance with 28 U.S. C. § 1961.

Dated: White Plains, New York
9/7/22

                                                      PAUL E. DAVISON
                                                      U.S.M.J.

                                     This document was entered on the docket
                                     on _____.