

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted. The Clerk of Court is respectfully directed to strike from the docket the publicly filed version of Exhibit T to the Cosgriff Declaration, Document Number 250-23, but retain the summary docket text for the record.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         December 20, 2022

    Re:    *Suzan Russell v. Westchester Community College, et al.*
              16-cv-1712 (PMH)(PED)
              **Motion to seal Exhibit T which was inadvertently filed**

Dear Judge Halpern:

    This office represents the Westchester Community College ("WCC"), the County of Westchester, Veronica Delcourt and Heather Ostman (hereinafter collectively referred to as "County Defendants"). We write to respectfully request that the Court strike Exhibit T which was inadvertently filed with other documents in support of County Defendants' motion for summary judgment today. Exhibit T includes confidential medical records which were sealed in this case by Your Honor. *See*, Dkt. No. 246.

    Should Your Honor's staff have any questions, I can be reached at (914) 995-3577 or by email at iwc1@westchestergov.com. Thank you.

                                                         Respectfully,
                                                          JOHN M. NONNA
                                                         Westchester County Attorney
                                                          By: */s/ Irma W. Cosgriff*
                                                              Irma Cosgriff
                                                             Associate County Attorney

IWC/st

TO:    COUNSEL VIA ECF

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601        Telephone: (914)995-2676        Website: westchestergov.com