**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SUZAN RUSSELL,

                 Plaintiff,               16 **CIVIL** 1712 (PMH)

      -against-                       **JUDGMENT**

WESTCHESTER COMMUNITY COLLEGE, et al.,
                    Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 21, 2023, the motion for summary

judgment is GRANTED and Plaintiff's Amended Complaint is dismissed. Accordingly, the case

is closed.

**Dated:** New York, New York
        September 22, 2023

                               **RUBY J. KRAJICK**
                               **Clerk of Court**

                **BY:**

                             _____
                               **Deputy Clerk**